ACTION GAMING, INC. and IGT,
Plaintiffs–Cross Appellants,

v.

ALLIANCE GAMING CORP. and
United Coin Machine Co.,
Defendants–Appellants,

and

Bally Gaming, Inc., Defendant.

Nos. 05–1287, –1315.

United States Court of Appeals,
Federal Circuit.

July 11, 2006.

Before MAYER, LOURIE, and PROST, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.

DEFENSE SUPPLY SYSTEMS,
INC., Appellant,

v.

Donald H. RUMSFELD, Secretary
of Defense, Appellee.

No. 06–1094.

United States Court of Appeals,
Federal Circuit.

July 12, 2006.

Before LOURIE, Circuit Judge,
PLAGER, Senior Circuit Judge and
LINN, Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.